UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00412

**Kevin Gant,**
*Plaintiff,*

v.

**Transfinancial Companies, LLC, et al.,**
*Defendants.*

### ORDER

On December 11, 2023, plaintiff filed a document purporting to be a stipulation of dismissal as to Equifax Information Services, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 22. However, that document was not "signed by all parties who have appeared" and therefore does not comply with the rule. The court therefore construes that document as a motion made under Rule 41(a)(2).

The court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. Therefore, the court grants the motion. Equifax Information Services, LLC, is dismissed from this case with prejudice.

*So ordered by the court on January 16, 2024.*

J. CAMPBELL BARKER
United States District Judge